IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01503-REB-KLM

KURT RIGGEN, Chief of the Ki Kiallus Indian Nation,

    Plaintiff,

v.

JEAN WOODFORD, Judge, and
THOMAS VANCE, Judge,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's first **Opposed Motion Pursuant to FRCP Rule 15(a) for Leave to File Amended Complaint** [#19] (the "Initial Motion") and on Plaintiff's second **Opposed Motion Pursuant to FRCP Rule 15(a) for Leave to File Amended Complaint** [#21] (the "Second Motion"). The Initial Motion was filed on January 29, 2016. Plaintiff there stated that he would be tendering an amended complaint on February 1, 2016. *See* [#19] at 1. On February 1, 2016, Plaintiff filed the Second Motion, in which he stated that he will tender an amended complaint in three weeks' time.

    IT IS HEREBY **ORDERED** that the Initial Motion [#19] is **DENIED as moot**.

    IT IS FURTHER **ORDERED** that the Second Motion [#21] is **DENIED without prejudice**. Plaintiff has already been warned that, in order to amend his complaint, he must file a motion which complies with the federal and local rules, namely, Fed. R. Civ. P. 15 and D.C.COLO.LCivR 15.1, and which includes the proposed amended complaint as a document separate from the Motion. *See Minute Order* [#18]. Neither of these Motions includes a tendered amended complaint, and the Court will not permit piecemeal adjudication of Plaintiff's case. Plaintiff must include all claims he seeks to bring and defendants he intends to name in a proposed amended complaint.

    IT IS FURTHER **ORDERED** that the deadline to join parties and amend pleadings is **February 23, 2016**. **No attempts to file an amended complaint will be permitted after that date, absent extraordinary circumstances.**

    Dated: February 2, 2016